DOC NO
REC'D/FILED
2020 JUL -8 PM 4: 32
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | INDICTMENT | |
| v. | Case No. _____ | |
| | 18 U.S.C. § 1951 | |
| DEVONERE JOHNSON, | 20 CR 079 WMC | |
| Defendant. | | |

THE GRAND JURY CHARGES:

## COUNT 1

1. At times material to this indictment, Business 1, Madison, Wisconsin, was a business located in the Western District of Wisconsin, which engaged in interstate commerce and obtained inventory and products originating outside the State of Wisconsin.

2. On or about June 22 and June 23, 2020, in the Western District of Wisconsin, the defendant,

DEVONERE JOHNSON,

knowingly attempted to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion as that term is defined in Title 18, United States Code, Section 1951, in that the defendant attempted to obtain money by consent induced by the wrongful use of threatened force, violence, and fear, specifically, JOHNSON threatened that the windows of Business 1 would be destroyed unless a person associated with this business made a payment to JOHNSON's Venmo account.

(In violation of Title 18, United States Code, Section 1951).

## COUNT 2

1. At times material to this indictment, Business 2, Madison, Wisconsin, was a business located in the Western District of Wisconsin, which engaged in interstate commerce and obtained inventory and products originating outside the State of Wisconsin.

2. On or about June 22 and June 23, 2020, in the Western District of Wisconsin, the defendant,

DEVONERE JOHNSON,

with others, knowingly attempted to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion as that term is defined in Title 18, United States Code, Section 1951, in that the defendant attempted to obtain property by consent induced by the wrongful use of threatened force, violence, and fear, specifically, JOHNSON, with others, threatened to shut down Business 2 and have rioters destroy and burn down the business unless JOHNSON and his associates were provided free food and beverages.

(In violation of Title 18, United States Code, Section 1951).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 07/08/2020

_____
SCOTT C. BLADER
United States Attorney