

**U.S. Department of Justice**

*Scott C. Blader*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
222 W. Washington Avenue
Suite 700
Madison, Wisconsin 53703

January 5, 2021

Rich Williams
Sr U.S. Probation Officer
222 W Washington Ave #340
Madison, WI 53703

  Re: *United States v. Devonere Johnson*
     Case No: 20-cr-79-wmc

Dear Mr. Williams:

  I have reviewed the presentence report in this case. The United States has no objections that would affect the advisory guidelines calculations therein and does not have any other objections, corrections, or additions to the presentence report.

  If you have any questions or concerns, please do not hesitate to contact me.

           Very truly yours,

           SCOTT C. BLADER
           United States Attorney

           By: /s/
           COREY STEPHAN
           Assistant United States Attorney